## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| MARK TERMINI ASSOCIATES INC, et al. | ) ) ) |
| Plaintiffs, | ) CASE NO.: 1:24-CV-01068 ) ) JUDGE: PATRICIA ANN GAUGHAN |
| v. | ) ) |
| KLUTCH SPORTS GROUP, LLC, et al. | ) ) ) |
| Defendants. | ) |

### STIPULATION AND ORDER OF DISMISSAL

This matter comes before the Court by stipulation of the Parties pursuant to Fed. Civ. R. 41(a)(1)(A)(ii). The parties stipulate that this matter has been settled and may be dismissed with prejudice at Defendants' cost. Therefore, it is hereby ordered that this case is dismissed with prejudice at Defendants' cost and this Court shall retain jurisdiction over this matter for the purposes of enforcing the terms of the settlement agreement.

**SO ORDERED.**

Dated: _____     _____

JUDGE PATRICIA A. GAUGHAN
UNITED STATES DISTRICT COURT JUDGE

| | |
|---|---|
| **WE SO STIPULATE and agree to abide by the terms of this Order** | **WE SO STIPULATE and agree to abide by the terms of this Order** |
| /s/ *Richard C. Haber* | */s/Sarah K. Rathke (per consent)* |
| Richard C. Haber<br>Natalie D. Davis<br>HABER LLP<br>30195 Chagrin Boulevard, Suite 323<br>Pepper Pike, OH 44124<br>(216) 250-4782<br>rhaber@haberllp.com<br>ndavis@haberllp.com | Frederick R. Nance (8988)<br>Sarah K. Rathke (74280)<br>Janine C. Little (97896)<br>SQUIRE PATTON BOGGS (US) LLP<br>127 Public Square<br>1000 Key Tower<br>Cleveland, OH 44114<br>Office: (216) 479-8500<br>Fax: (216) 479-8780<br>Email: Fred.nance@squirepb.com<br>          Sarah.rathke@squirepb.com<br>          Janine.little@squirepb.com |
| Alexis E. Anderson<br>MARK TERMINI ASSOCIATES INC<br>8803 Brecksville Rd. #7271<br>Brecksville, OH 44141<br>(440) 717-1517<br>aanderson@terminisports.com | Jonathan J. Amoona (*pro hac vice*)<br>Adam I. Dale (*pro hac vice*)<br>WINSTON & STRAWN LLP<br>200 Park Avenue<br>New York, NY 10166<br>Office: (212) 294-6700<br>Email: jamoona@winston.com<br>          aidale@winston.com |
| *Counsel for Plaintiffs*<br><br>Dated: | *Counsel for Defendants*<br><br>Dated: April 28, 2025 |